THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM JAMES WILLIAMS, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN HOLMES, Petitioner, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OSCAR LUIS FELICIANO, Petitioner, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER FAISON, Petitioner, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHAN SPIELFOGEL, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS HENRY BURNS, Appellant.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

(October 25, 1967)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD STREETER, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.